No. 17,436.

WILBERT L. THOMAS *v.* TRAVIS COOK.

(281 P. [2d] 517)

Decided March 21, 1955.

Mr. HENRY BLICKHAHN, for plaintiff in error.

Messrs. MOSES & DESOUCHET, Mr. WHITFORD W. MYERS, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment for plaintiff affirmed without written opinion.

MR. JUSTICE HOLLAND not participating.